Leah S. Freed, SBN 021332
Dylan N. Patel SBN 039629
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.,
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700
Fax: 602-778-3750
leah.freed@ogletree.com
dylan.patel@ogletree.com
*Attorneys for Defendant Netskope, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| B.W.,<br><br>Plaintiff,<br><br>v.<br><br>Netskope, Inc., a Delaware corporation; Packet Forensics,<br><br>Defendants. | No. 2:26-cv-04448-SPL<br><br>**DEFENDANT NETSKOPE, INC.'S CORPORATE DISCLOSURE STATEMENT** |

This Corporate Disclosure Statement is filed on behalf of Netskope, Inc. in compliance with the provisions of:

☒ Rule 7.1(a)(1), Federal Rules of Civil Procedure, a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene in an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 7.1(a)(2), Federal Rules of Civil Procedure, in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

☐ Rule 12.4(a)(1), Federal Rules of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
Telephone: 602-778-3700

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

identifies any parent corporation and any public held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rules of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☒ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. (Attach additional pages if needed.)

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)

☐ Other (please explain).

☐ Diversity case. (Attach additional pages if needed).

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

DATED this 22nd day of October, 2026.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Dylan N. Patel*
Leah S. Freed
Dylan N. Patel
Esplanade Center III, Suite 800
2415 East Camelback Road
Phoenix, AZ 85016
*Attorneys for Defendant Netskope, Inc.*

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ESPLANADE CENTER III, SUITE 800
2415 EAST CAMELBACK ROAD
PHOENIX, AZ 85016
TELEPHONE: 602-778-3700

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2026, I electronically submitted the attached document to the Clerk's office using CM/ECF system for filing, and emailed a copy of the foregoing to:

B.W.
3920 E. Thomas Road #15013
Phoenix, AZ 85060
BWvNTSK@proton.me
*Plaintiff Pro Se*

/s/ Morgan A. Fingleton